No. 10–8530.  RUDY B. v. NEW MEXICO.  Sup. Ct. N. M.  Certiorari denied.

No. 10–8546.  HERNANDEZ v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–8594.  SELVY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–8808.  HUNG LE VO v. KIRKLAND, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–8811.  RANA v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 10–8822.  JOHNSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–8845.  McGIRTH v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 10–8852.  LINK v. CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–8853.  JONES v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 10–8857.  PEREZ-MENDEZ v. FRANKE, SUPERINTENDENT, TWO RIVERS CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 10–8862.  JACKSON v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 10–8867.  WIDNER v. AGUILAR ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–8870.  KETCHUM v. PUEBLO POLICE DEPARTMENT ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–8875.  SAVELL v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.